**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | * | **CHAPTER 11 BANKRUPTCY** |
| | * | |
| **WILLOW BEND VENTURES, LLC** | * | **CASE NO. 17-11178** |
| | * | |
| **DEBTOR** | * | **SECTION "A"** |
| | * | |

**************************************************************

**MOTION FOR AUTHORITY TO SELL ASSETS OF WILLOW BEND VENTURES, LLC, TO RIVER PARISHES DIRT & GRAVEL, LLC**
**PURSUANT TO *11 U.S.C. §363***

**NOW INTO COURT**, through undersigned counsel, comes Willow Bend Ventures, LLC (sometimes hereinafter "Debtor" or "Seller") who files this Motion for Authority to Sell Assets to River Parishes Dirt and Gravel, LLC ("RPDG" or its "Assignee" or "Buyer") Pursuant to *11 U.S.C. §363*, and represents the following:

1.

**Real Property**

> Subject to the terms, provisions and conditions of the "Agreement"[1], Seller hereby covenants and agrees to sell to Buyer, and Buyer hereby covenants and agrees to buy from Seller Tracts 1-A, 1-B & 4, Portion of Wego Plantation, comprising approximately 1,147.31 acres of land, located in sections 9-12 & 65-70, T12S-R18E, lying between Mississippi River, St. John the Baptist Parish, Louisiana; and

[1] The "Agreement" to Sell Assets of Willow Bend Ventures, LLC to River Parishes Dirt & Gravel, LLC (the "Agreement") is attached to the Memorandum in Support of Motion to Sell Assets of Willow Bend Ventures, LLC to River Parishes Dirt & Gravel, LLC, for the complete edification of the reader.

***A CERTAIN TRACT OF LAND,*** situated in the Parish of St. John the Baptist, on the right bank of the Mississippi River, measuring one-half arpent front to the Public Road, LA Highway 18, by forty arpents in depth; bounded on the upper line by a tract of land now or formerly belonging to the Succession of the Late Louis Darensbourg, and on the lower line by a lot of ground formerly belonging to Widow Antoine Foca, and now or formerly to Fernand Reynaud, and a tract of land formerly belonging to Widow Louis Roubleau, and now or formerly to Mr. and Mrs. Gaston DeBautte, together with all buildings and improvements thereon, situated on the said tract of land, and with all rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining.

This property is subject to any and all outstanding mineral conveyances, mineral reservations, mineral releases, mineral servitudes and any existing easements, servitudes, rights of ways, and leases of any nature or kind whatsoever, of record and in existence.

Also included in this Act of Sale is one certain 1983 Action Modular Home, 64' x 24' in size, bearing Serial Number 17-9783.

The parties hereto declare that the said mobile home is immovable by destination and a component part of the land and that said mobile home will remain a permanent component part of the land.

2.

**Equipment and Moveables**

Subject to the terms, provisions and conditions of the Agreement, Seller hereby covenants and agrees to sell to Buyer, and Buyer hereby covenants and agrees to buy from Seller, on the terms hereinafter specified, three (3) electronic truck scales and the related computer equipment within the office trailers used in the reading of the truck scales as well as the fiber optic cable, one (1) above ground 10,000 gallon diesel fuel tank, five (5) diesel fuel pumps; two (2) office trailers; one (1) Komatsu PC300LC-6 S/N A84777; one (1)

> Komatsu PC300LC-8 S/N A90705; one (1) Komatsu D65PX-17 S/N 1351; two (2) John Deere 1810E PAN; one (1) JD 770 Grader; two (2) PULL DISC; one (1) CASE STX 380 Tractor; and two (2) Water Pumps. The Seller has made the Buyer aware that the road grader and water pumps are not working properly. To Seller's knowledge all other equipment is in good working order; however, all equipment is being sold "AS IS, WHERE AS" with no warranties.

Pursuant to *11 U.S.C. § 363* which is more fully detailed with particularity in the Memorandum in Support of Willow Bend Ventures, LLC Motion for Authority to Sell Assets to River Parishes Dirt & Gravel, LLC, Seller proposes to sell said Assets, (Real Property and Equipment & Moveables) to Buyer for the amount of **SEVEN MILLION TWO HUNDRED THOUSAND AND NO/100 DOLLARS ($7,200,000.00).**

**WHEREFORE**, Debtor moves this Court to enter an order:

1) Approving the sale of the Assets of the Debtor, Willow Bend Ventures, LLC described hereinabove as Real Property, and the Equipment and Moveables listed above to River Parishes Dirt & Gravel, LLC or its Assignee pursuant to *11 U.S.C. §363(b)* free and clear of all liens, encumbrances, claims and other charges for the amount of **SEVEN MILLION TWO HUNDRED THOUSAND AND NO/100 DOLLARS ($7,200,000.00)** cash; and

2) Authorizing the Debtor to execute such documents, including acts of sale and grants and to do such things as may be necessary to effect and consummate the Sale of Real Property and Equipment and Moveables as described herein, including the payment and transfer of certificates, licenses and certifications and corresponding deposits, attorneys fees and the costs and expenses associated with closing;

3) Providing notice to all creditors, secured and unsecured, the U.S. Trustee and those parties requesting notice in these proceedings, with a hearing to be scheduled by the Court on the Debtor's proposed sale of real property and Equipment and Moveables; and

4) Granting other and further relief as is just and proper in the premises.

Mandeville, Louisiana this 13th, day of October, 2017

Respectfully submitted,

/s/ Phillip K. Wallace
**PHILLIP K. WALLACE (#13198)**
4040 Florida Street, Suite 203
Mandeville, Louisiana 70448
Telephone: (985) 624-2824
Facsimile: (985) 624-2823
Email: philkwall@aol.com
**Attorney for Debtor,**
**Willow Bend Ventures, LLC**

## CERTIFICATE OF SERVICE

**I, PHILLIP K. WALLACE, HEREBY CERTIFY** that a copy of the Motion for Authority to Sell Assets of Willow Bend Ventures, LLC to River Parishes Dirt & Gravel, LLC Pursuant to *11 U.S.C. §363,* Memorandum in Support and Exhibits have been served upon the following by electronic transfer and/or by placing same in the United States mail, postage prepaid and properly addressed, this 13th, day of October, 2017.

***Served by Electronic Transfer:***

Amanda B. George
Office of U.S. Trustee
amanda.b.george@usdoj.gov

Office of U.S. Trustee
ustpregion05.nr.ecf@usdoj.gov

Patrick M. Amedee
Counsel for St. John Baptist Parish
pamedee@amedeelaw.com

Christopher K. Jones
Virginia Mclin
B. Cobb
Keogh, Cox et al
cjones@keoghcox.com
jmclin@keoghcox.com
bcobb@keoghcox.com

Wayne Fletcher
Accountant
wayne@fletchertax.com

Tom Hudson, Bank Plus
tomhudson@bankplus.net

Fernand L. Laudumiey, IV
Counsel for St. John the Baptist
Tax Collector
laudumiey@chaffe.com

Hensley R. Lee
John Lee
Hensley R. Lee Contracting,
nelline@hrlcontracting.com

Christopher K. Jones, Brent J. Cobb
Louisiana Department of Revenue
cjones@keoghcox.com
bcobb@keoghcox.com

Florence Saenz
Counsel, LA Department of Revenue
Florence.Saenz@la.gov

Vicky Landry
SJBP Revenue Tax Specialist
vicky.landry@la.gov

Barousse Designs
209 West Canal Street
Petal, MS 39465

Copeland , Cook,Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158

Discount Sales
5724 Hwy 43 North
Carriere, MS 39426

Entergy
P. O. Box 8108
Baton Rouge, LA 70891-8108

H & E Equipment Services
P. O. Box 649850
Dallas, TX 75284-9850

Internal Revenue Service
Centralized Insolvency Unit
P. O. Box 7346
Philadelphia, PA 19101

Lemann's Farm Supply
P. O. Box 30
Donaldsonville, LA 70346

Louisiana Department of Revenue
Collection Division/Bankruptcy Section
PO Box 66658
Baton Rouge, LA 70896-9988

Lyle Machinery
P. O. Box 967
Jackson, MS 39205-0967

Lyle Machinery Rents
P. O. Box 23087
Jackson, MS 39225-3087

NAPA Auto Parts
P. O. Box 219
Vacherie, LA 70090

Parish Tractor Company, LLC
P. O. Box 650215
Dallas, TX 75265-0215

Phillips Building Supplies
P. O. Box 3059
Gulfport, MS 39505

Pickering Firm, Inc.
6775 Lenox Center Court, Suite 300
Memphis, TN 38115

Prichard, Dewberry & Hodge
800 Hillcrest Road
Building 1
Mobile, AL 36695

Progressive Tractor & Implement Co., Inc
P. O. Box 449
Bunkie, LA 71322

River Parish Disposal, Inc.
P. O. Box 10482
New Orleans, LA 70181-0482

Rock it Computer Services
34624 LA Hwy 16, Suite B
Denham Springs, LA 70706

Sal's Tire Service
P. O. Box 641022
Kenner, LA 70064-1022

System Scale Corporation
332 Hill Avenue
Nashville, TN 37210

Waguespack Oil Co., Inc
P. O. Box 326
Thibodaux, LA 70302

/s/ Phillip K. Wallace
**PHILLIP K. WALLACE (#13198)**
4040 Florida Street, Suite 203
Mandeville, Louisiana 70448
Telephone: (985) 624-2824
Facsimile: (985) 624-2823
Email: philkwall@aol.com
**Attorney for Debtor,**
**Willow Bend Ventures, LLC**